# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| OKECHUKWU MARTINS GBAEUKO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 4:13-cv-1066-LSC-JEO |
| ) | |
| ERIC HOLDER, Attorney General of the United ) | |
| States, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

This is a habeas corpus case filed pursuant to 28 U.S.C. § 2241 to challenge continued detention pending the petitioner's ordered removal pursuant to the Immigration and Nationality Act.  The respondents have moved to dismiss the action as moot.  (Doc. 10).  That motion is due to be granted.

In support of their motion to dismiss, the respondents have filed a copy of an unsworn declaration made pursuant to 28 U.S.C. § 1746 by a Supervisory Detention Deportation Officer of the United States Immigration and Customs Enforcement facility in Gadsden, Alabama.  (Doc. 10-1).  In that declaration it is asserted that the petitioner was removed from the United States on September 17, 2013, pursuant to an Immigration Judge's order of removal.  (*Id.*)  Thus, the petitioner's claim for release under an order of supervision or for repatriation is moot.  *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'").  A separate final order will be entered.

Done this 20th day of November 2013.

                                            L. SCOTT COOGLER
                                  UNITED STATES DISTRICT JUDGE

[160704]